UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------x
RAFAEL VELASCO (AND WIFE ZOILA VELASCO),     (AKH) 07-CV-1723

                         Plaintiffs,

    -against-

120 BROADWAY CONDOMINIUM (CONDO #871),
120 BROADWAY HOLDING LLC,
120 BROADWAY PROPERTIES LLC,
120 BROADWAY LLC,
4101 AUSTIN BLVD., CORPORATION,
715 REALTY CORP.,
ALAN KASMAN DBA KASCO,
ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING- STEAMATIC CATASTOPHE, INC.,
D/B/A BMS CAT,
BOARD OF MANAGERS OF THE 120 BROADWAY CONDOMINIUM (#871),
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP.,
BROOKFIELD PARTNERS, LP.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
CITIBANKNA,
ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY,INC,
KASCO RESTORATION SERVICES, CO.,
MERRILL LYNCH & CO. INC.,
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
ONE WALL STREET HOLDINGS LLC,
SILVERSTEIN PROPERTIES INC.,
STRUCTURE TONE (UK ) INC.,
STRUCTURE TONE GLOBAL SERVICES INC.,
THE BANK OF NEW YORK TRUST COMPANY NA,
TOSCORP INC.,
WESTON SOLUTIONS, INC.,
WFP TOWER B CO. G.P.,
WFP TOWER B HOLDING CO., LP.,
WFP TOWER B. CO., L.P.

                         Defendants.
------------------------------------------------------------------------x

## DEFENDANT ENVIROTECH CLEAN AIR INC.'S ANSWER TO THE COMPLAINT BY ADOPTION ("CHECK-OFF COMPLAINT")

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       September 14, 2007

Yours, etc.
FRIEDMAN, HARFENIST, LANGER & KRAUT
Attorneys for Defendant –Envirotech
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 775-5800
BY: _____
    Heather L. Smar (4622