UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

------------------------------------------------------------------X

RAFAEL VELASCO (AND WIFE, ZOILA : 07-CV-1723-AKH
VELASCO), :

                      Plaintiff, : **APPEARANCE**

   - against - :

120 BROADWAY CONDOMINIUM : **ELECTRONICALLY FILED**
(CONDO #871), *et al.*, :

                     Defendants.
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York　　　　　　DICKSTEIN SHAPIRO LLP
       October 3, 2007

                            By:   /s/ Judith R. Cohen
                                  Judith R. Cohen (JC-8614)
                                  1177 Avenue of the Americas
                                  New York, New York 10036
                                  Phone: (212) 277-6500
                                  Fax: (212) 277-6501
                                  *Attorney for Defendant*
                                  MERRILL LYNCH & CO., INC.