William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                    21 MC 102 (AKH)

———————————————————————————X

RAFAEL VELASCO (AND WIFE, ZOILA
VELASCO)                                              **NOTICE OF THE
                                                     BROOKFIELD
                        V.                           PARTIES' ADOPTION OF
                                                     AMENDED ANSWER
                                                     TO MASTER
                                                     COMPLAINT**

120 BROADWAY CONDOMINIUM
(CONDO #871), ET AL.,                                CASE NUMBER: (AKH)
                                                     07 CV 1723

———————————————————————————X

        PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties,

Inc., Brookfield Financial Properties, L.P., WFP Tower B Co. L.P. and WFP Tower B

Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the

allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the

Master Complaint filed in the above referenced action, hereby adopt the Brookfield

Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed

in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21

MC 102 (AKH).

        WHEREFORE, the Brookfield Parties demand judgment dismissing the above

captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
        October  22  2007

Faust, Goetz, Schenker & Blee, LLP

By: William J. Smith (WJS-9137)
Attorneys for the Brookfield Parties
Two Rector Street, 20th Floor
New York, NY 10006
(212) 363-6900