UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------x
RAFAEL VELASCO AND ZOILA VELASCO,

                    Plaintiffs,

    - against -

120 BROADWAY CONDOMIMUM
(CONDO #871), 120 BROADWAY HOLDING, LLC,
120 BROADWAY PROPERTIES, LLC,
120 BROADWAY, LLC, 4101 AUSTIN BLVD
CORPORATION, 715 REALTY CORP.,
ALAN KASMAN DBA KASCO, ANN TAYLOR
STORES CORPORATION, BATTERY PARK
CITY AUTHORITY, BLACKMON-MOORING
STEAMATIC CATASTOPHE, INC.
D/B/A BMSCAT, BOARD OF MANAGERS OF
THE 120 BROADWAY CONDOMINIUM (CONDO #871)
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTJES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., CITIBANK, NA,
ENVTROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC.,
FIILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., KASCO RESTORATION SERVICES CO.,
MERRILL LYNCH & CO, INC., NOMURA
HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC.,
ONE WALL STREET HOLDINGS, LLC~,
SILVERSTEIN PROPERTIES, INC.,
STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., THE BANK
OF NEW YORK COMPANY, INC., TISHMAN
SPEYER PROPERTIES, TOSCORP INC.,
TUCKER ANTHONY, INC., V CUCINTELLO,

07CV1723

ANSWER TO
AMENDED
COMPLAINT

WESTON SOLUTIONS, INC., WFP TOWER A
CO., WFP TOWER A CO. G.P. CORP., WFP
TOWER A. CO., L.P., WFP TOWER B CO. G.P..
CORP., WFP TOWER B HOLDING CO., LP,
AND WFP TOWER B. CO., L.P., ET AL

Defendants.
-------------------------------------------------------------------x

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Amended Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       March 24, 2008

Yours, etc.

FRIEDMAN, HARFENIST, LANGER & KRAUT
Attorneys for Defendant –Envirotech
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 775-5800

BY: _____
        Heather L. Smar (4622)