Tracey Lyn Jarzombek, Esq., (TJ-3972)
White & McSpedon, P.C.
875 Avenue of the Americas, Suite 800
New York, NY 10001
212-564-6633

Attorneys for Defendants:
CITIGROUP I/S/H/A CITIBANK, N.A. (solely in connection
with their alleged ownership or occupancy of 120 Broadway)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RAFAEL VELASCO (AND WIFE, ZOILA VELASCO)

                Plaintiffs,

      -against-

120 BROADWAY CONDOMINIUM
(CONDO #871), ET. AL.,

               Defendants.
-------------------------------------------------------------X

21 MC 102 (AKH)

Index No.: 07-CV-1723

**NOTICE OF ADOPTION OF ANSWER TO MAST COMPLAINT**

**ELECTRONICALLY FILED**

PLEASE TAKE NOTICE, that defendants, CITIGROUP I/S/H/A CITIBANK, N.A. (solely in connection with their alleged ownership or occupancy of 120 Broadway), by their attorneys, White & McSpedon, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated July 31, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendants, CITIGROUP I/S/H/A CITIBANK, N.A. (solely in connection with their alleged ownership or occupancy of 120 Broadway), demand judgment dismissing the above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
September 5, 2008

                                      Yours etc.,

                                      WHITE & MCSPEDON, P.C.

By:    _____
           Tracey Lyn Jarzombek, Esq. (3972)
           875 Avenue of the Americas, Suite 800
           New York, NY 10001
           (212) 564-6633
           ***Attorneys for Defendants***
           ***CITIGROUP I/S/H/A CITIBANK, N.A. (solely in connection with their alleged ownership or occupancy of 120 Broadway)***

TO:
(Service via electronic Pacer filing)

WORBY GRONER & NAPOLI BERN, LLP
Plaintiffs Liaison
In Re Lower Manhattan Disaster Site Litigation
115 Broadway, 12th Floor
New York, NY 10006
212-267-3700

LAW OFFICES OF GREGORY J. CANNATTA
233 Broadway, 5th Floor
New York, NY 10279

All Defense Counsel